AO 238 (Rev. 03/11) Arrest Warrant and Notice Before Arrest

10682920

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF VIRGINIA

CM/ECF Case No. 1:18-PO-02079-TCB

United States of America
v.

**MORGAN, ERNEST L**
**301 N RIPLEY ST 818**

**ALEXANDRIA, VA 22304**

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| EV88 | 7522636 | 07/13/2018 |
| EV88 | 7522635 | |
| Offense(s) | | Amount Due |
| DRIVING WHILE SUSPENDED OR REVOKED | | APPEARANCE REQUIRED |
| FAIL TO STOP AT STOP SIGN | | |

## ARREST WARRANT

Case: 1:21-mj-00177
Assigned To : Faruqui, Zia M.
Assign. Date : 1/28/2021
Description: Rule 5 Arrest Warrant

To:   Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued:  9/6/18  12:05 pm

/s/ Theresa Carroll Buchanan
United States Magistrate Judge

*Judge's Signature*
HON THERESA C BUCHANAN

### Return

| Received | Date: 09/07/2018 | Location: Alexandria, VA |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: 1/27/2021 | Location: Washington DC |
|---|---|---|

Name: Steven Caldwell   Title: DEO   District: D/DC
Date: 1/28/2021   Signature: [signed]   8548